**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 17-2408**

_____

T. A. HALL,

        Plaintiff - Appellant,

     v.

BETTER HOUSING COALITION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:17-cv-00727-REP)

_____

Submitted: April 26, 2018                  Decided: May 16, 2018

_____

Before NIEMEYER, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tacitus A. Hall, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tacitus A. Hall appeals the district court's order dismissing his civil suit for lack of subject-matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Better Housing Coalition*, No. 3:17-cv-00727-REP (E.D. Va. Nov. 28, 2017). We deny all of Hall's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*